**MAGISTRATE JUDGE MARY ALICE THEILER**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| BOBBY JOE BURNS,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>CAROL JONES,<br><br>　　　　　　　　Respondent. | NO. C07-0040-RSM-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>[~~PROPOSED~~] |

Respondent, having filed a Motion for Extension of Time to File an Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File an Answer in this matter be and the same is hereby granted.

Respondent's Answer to Petition for Writ of Habeas Corpus shall be due on or before May 9, 2007.

DATED this 19th day of April, 2007.

　　　　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　　　　United States Magistrate Judge

Submitted by:
ROBERT M. MCKENNA
Attorney General

/s/ Ronda D. Larson
RONDA D. LARSON, WSBA #31833
Assistant Attorney General