01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08

BOBBY JOE BURNS,

09

Petitioner,

10

v.

11

CAROL JONES,

12

Respondent.

13

)
)
)
)
)
)
)
)
)
)

CASE NO.: C07-0040-RSM-MAT

ORDER DENYING PETITIONER'S
MOTION FOR APPOINTMENT OF
COUNSEL AND GRANTING
PETITIONER'S MOTION FOR
EXTENSION OF TIME

14        This is a federal habeas action brought pursuant to 28 U.S.C. § 2254.  This matter comes

15   before the Court on petitioner's motion for appointment of counsel or, in the alternative, for an

16   extension of time to file a response to respondent's answer to petitioner's federal habeas petition.

17   The Court having reviewed petitioner's motion, and the balance of the record, does hereby

18   ORDER as follows:

19        (1)        Petitioner's motion for appointment of counsel (Dkt. No. 13) is DENIED.  There

20   is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an

21   evidentiary hearing is required.  *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988);

22   *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing

ORDER DENYING PETITIONER'S MOTION FOR
APPOINTMENT OF COUNSEL AND GRANTING
PETITIONER'S MOTION FOR EXTENSION OF TIME
PAGE -1

01  Section 2254 Cases in the United States District Courts.  The Court may exercise its discretion

02  to appoint counsel for a financially eligible individual where the "interests of justice so require."

03  18 U.S.C. § 3006A.  However, petitioner fails to demonstrate that the interests of justice are best

04  served by appointment of counsel in this matter at the present time.

05          (2)      Petitioner's motion for an extension of time (Dkt. No. 13) is GRANTED.

06  Petitioner is directed to file ***and serve*** his response to respondent's answer not later than ***August***

07  ***20, 2007***.[1]

08          (3)      Petitioner's federal habeas petition (Dkt. No. 1) is RE-NOTED on the Court's

09  calendar for consideration on ***August 24, 2007***.

10          (4)      The Clerk is directed to send copies of this Order to petitioner, to counsel for

11  respondent, and to the Honorable Ricardo S. Martinez.

12          DATED this <u>13th</u> day of July, 2007.

13

14                                      Mary Alice Theiler
                                        United States Magistrate Judge

15

16

17

18

19

20          [1] Shortly after petitioner filed his motion for appointment of counsel, petitioner filed a
    document entitled "Petitioner's Response/Reply Brief."  It is not clear whether petitioner intended
21  that document to constitute his full response to respondent's answer.  In any event, there is no
    indication in the record that petitioner served that document on counsel for respondent.
22  Accordingly, that document (Dkt. No. 14) is STRICKEN.

ORDER DENYING PETITIONER'S MOTION FOR
APPOINTMENT OF COUNSEL AND GRANTING
PETITIONER'S MOTION FOR EXTENSION OF TIME
PAGE -2