UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BOBBY JOE BURNS, | ) | CASE NO.: C07-0040-RAJ |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING FEDERAL |
| | ) | HABEAS PETITION AND |
| CAROL JONES, | ) | DISMISSING ACTION |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition (Dkt. No. 1) is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 9th day of January, 2008.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING FEDERAL HABEAS
PETITION AND DISMISSING ACTION
PAGE -1